UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGINA WILLIAMS,

        Plaintiff,

v.

OUTBACK STEAKHOUSE OF FLORIDA, LLC,

        Defendant.

_____ /

Case No. 2:18-cv-11613

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated June 20, 2019, judgment is entered in favor of Defendant.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/ D. Parker
        Deputy Clerk

Dated: June 20, 2019

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 20, 2019, by electronic and/or ordinary mail.

        s/ David P. Parker
        Case Manager